NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL COURTNEY ESSIX,                )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D18-5082
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed June 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Bruce E. Kyle,
Judge.

Michael Courtney Essix, pro se.

PER CURIAM.

        Affirmed.  See Fla. R. Crim. P. 3.590(a); Fla. R. Crim. P. 3.850(b); State v.
Anton, 700 So. 2d 743 (Fla. 2d DCA 1997); State v. Nicholson, 819 So. 2d 908 (Fla. 4th
DCA 2002).

SILBERMAN, BLACK, and SMITH, JJ., Concur.